Steveñ M. VANSICKEL,
Movant-Appellant,

v.

STATE of Missouri, Respondent.

No. WD 37892.

Missouri Court of Appeals,
Western District.

Dec. 2, 1986.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Dec. 23, 1986.

Application to Transfer Denied
Jan. 13, 1987.

Thomas J. Marshall, Public Defender, Moberly, for movant-appellant.

William Webster, Atty. Gen., Carrie Francke, Asst. Atty. Gen., Jefferson City, for respondent.

Before PRITCHARD, P.J., and MANFORD and KENNEDY, JJ.

## ORDER

PER CURIAM:

Direct appeal from the denial of post-conviction relief sought pursuant to Rule 27.-26.

Judgment affirmed. Rule 84.16(b).